ERNEST SADLER V. THE STATE.

No. 22171. Delivered June 17, 1942.
Rehearing Denied October 14, 1942.

The opinion states the case.

*Francis C. Richter,* of Devine, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

The conviction is for assault with intent to murder, the punishment assessed being five years' confinement in the State penitentiary.

The record is before us without statement of facts or bills of exception. All matters of procedure appear regular. Nothing is presented for review.

The judgment of the trial court is affirmed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON MOTION FOR REHEARING.

GRAVES, Judge.

Appellant complains for the first time herein of the trial court's action in overruling his motion for a continuance in this cause.

We find no bill of exceptions in the record to the court's action. In the absence of such bill, the matter is not reviewable in this court. See Branch's Penal Code, p. 183.

The motion is overruled.